FILED

01/17/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0652

STATE OF MONTANA,

Plaintiff and Appellee,

v.

NICHOLAS SHANE ROYLAND (AKA CLARK),

Defendant and Appellant

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 24, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 17 2025